UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
**FILED**
DEC 04 2009
AT LEXINGTON
LESLIE G. WHITMER
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 09-CR-181-JMH

UNITED STATES OF AMERICA                                            PLAINTIFF

V.                       **NOTICE BY UNITED STATES
                         REGARDING RELATED PROSECUTIONS**

BRYAN COFFMAN,
MEGAN COFFMAN,                                                      DEFENDANTS
VADIM TSATSKIN, aka VICTOR TSATSKIN and
GARY MILBY

\* \* \* \* \*

This criminal action is related to *United States v. Real Property and Residence Located at 4816 Chaffey Lane, Lexington, Fayette County, KY, in the name of Megan Coffman, et al.,* Lexington Civil Action No. 08-410-JMH.

Respectfully submitted,

JAMES A. ZERHUSEN
UNITED STATES ATTORNEY

By: _____
Kenneth R. Taylor
Assistant United States Attorney
260 W. Vine Street, Suite 300
Lexington, Kentucky 40507-1612
(859) 685-4874
FAX (859) 233-2747
Ken.Taylor@usdoj.gov