UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CRIMINAL MINUTES-ARRAIGNMENT AND PLEA

__LEXINGTON__   Case No. __5:09-cr-181-JMH-4__   At __LEXINGTON__   Date __12-16-09__

U.S.A. vs __Gary Milby__   __X__ present   ___ custody   ___ bond   ___ OR   AGE _____

DOCKET ENTRY:
  The defendant appeared pursuant to a Summons. The government states that they estimate the trial of this matter to take approximately 2-3 weeks.
  This the 16th day of December, 2009.

PRESENT:
HON. JOSEPH M. HOOD, SENIOR JUDGE

Signed By:
*Joseph M. Hood*
Senior U.S. District Judge

__Genia L. Denisio__   __Rhonda Sansom__
Deputy Clerk        Court Reporter

__Kenneth Taylor__
Assistant U.S. Attorney

__Henry E. Hughes__                __X__ present   ___ retained   __X__ appointed
Counsel for defendant

PROCEEDINGS: ARRAIGNMENT

_x_ Defendant has received copy Indictment.

___ Defendant states true name is _____.

_x_ Financial affidavit executed and filed.

_x_ Court FINDS defendant may qualify for court appointed under provisions of CJA.

_x_ Ordered __Henry E. Hughes__ is appointed Attorney under the Criminal Justice Act.

_x_ Defendant waives formal arraignment.

___ Defendant formally arraigned and advised of rights, pursuant to Rule 11, F.R.Cr.P.

_x_ Defendant waives reading of Indictment   ___ Indictment read.

_x_ Defendant pleads ___ Guilty to Counts _____   __X__ Not guilty to count __ALL__

_x_ PRETRIAL MOTIONS be filed __*_____; opposing & reply memorandum be filed
    pursuant to LR 6.   **\*PURSUANT TO THE COURT'S PRETRIAL ORDER TO BE ENTERED**

___ Instructions submitted _*_ days prior to trial.

_x_ Assigned for Jury Trial on __February 23, 2010 at 9:00 a.m.(2-3 weeks)__ in Lexington, Kentucky
before Judge __Joseph M. Hood__.

_x_ Defendant released on own recognizance pursuant to the Order Setting Conditions of Release.

___ Defendant remanded to custody.

TIC: .07 min                                              Initials of Deputy Clerk___qld___