## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 14-6516

_____

Filed: September 23, 2015

UNITED STATES OF AMERICA

     Plaintiff - Appellee

v.
BRYAN COFFMAN

     Defendant

CORRIE ANDERSON

     Claimant - Appellant

MANDATE

   Pursuant to the court's disposition that was filed 09/01/2015 the mandate for this case hereby

issues today.

COSTS:  None